JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUAN R. GULLETT, Petitioner, v. COUNTY OF LOS ANGELES, et al., Respondents. | Case No. CV 2:26-9271-MWF- RAO<br><br>JUDGMENT |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 6, 2026

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE